United States District Court
Southern District of Texas
**ENTERED**
October 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEREX SOUTH DAKOTA, INC. TEREX USA, LLC<br><br>Plaintiffs,<br>v.<br><br>SINOBOOM NORTH AMERICA LLC,<br><br>Defendant. | Case No. 4:21-cv-00287<br><br>JURY DEMAND |

## CONSENT JUDGMENT

Plaintiffs Terex South Dakota, Inc. and Terex USA, LLC (collectively, "Terex") and Defendant Sinoboom North America LLC ("Sinoboom") have entered into a Settlement Agreement ("Agreement"), dated September 30, 2021, to resolve all claims, counterclaims, and defenses in this action. Solely pursuant to and as required by the Agreement, Terex and Sinoboom hereby stipulate to, and request that the Court enter this Consent Judgment:

1. Terex is the owner of U.S. Trademark Registration Nos. 3540392 for the Genie Blue color for mobile elevating work platforms, 5965074 for the Genie Blue color for aerial and elevating work platforms, scissor lifts, 5970650 for the Genie Blue color for aerial and elevating work platforms, scissor lifts, 5970651 for

1

the Genie Blue color for aerial and elevating work platforms, scissor lifts, and has common law rights in the Genie Blue Mark;

2. Pursuant to the Agreement, Sinoboom does not contest that Terex's rights in Trademark Registration Nos. 3540392, 5965074, 5970650, 5970651, and its common law rights in the Genie Blue Mark are valid and enforceable;

3. Sinoboom and all those in active concert or participation with Sinoboom are permanently enjoined from selling, promoting, advertising, using, or displaying any mobile elevating work platform painted or colored any shade of blue in the United States;

4. All claims, counterclaims, and defenses pleaded in this action are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees;

6. This Court shall retain jurisdiction for the purposes of enforcing the terms of this Stipulation and Consent Judgment and Dismissal Order, as well as the Agreement; and

7. No appeal shall be taken by any party from this Consent Judgment and Dismissal Order, the right to appeal having been expressly waived by all parties.

IT IS SO ORDERED

DATED: Oct 5, 2021

_____
Hon. David Hittner
United States District Judge

| | |
|---|---|
| By: /s/ Kirte M. Kinser<br>Kirte M. Kinser<br>Of Counsel<br>Texas Bar No. 11489650<br>**SIEBMAN, FORREST, BURG & SMITH, LLP**<br>4949 Hedgcoxe Road<br>Suite 230<br>Plano, TX 75024<br>214-387-9100<br>214-387-9125 (fax)<br>kirtekinser@siebman.com<br><br>Marc Lorelli (P63156MI– *Pro Hac Vice*)<br>Attorney-In-Charge<br>Rebecca J. Cantor (P76826MI – *Pro Hac Vice*)<br>Thomas W. Cunningham (P57899MI – *Pro Hac Vice*)<br>**BROOKS KUSHMAN P.C.**<br>1000 Town Center, Twenty-Second Floor<br>Southfield, Michigan 48075<br>Tel: (248) 358-4400<br>Fax: (248) 358-3351<br>mlorelli@brookskushman.com<br><br>*Attorneys for Plaintiffs Terex South Dakota Inc. and Terex USA, LLC* | By: /s/ David E. Wynne<br>David E. Wynne<br>Texas State Bar No. 24047150<br>Federal Bar No. 566468<br>Shana L. Merman<br>Texas State Bar No. 24045586<br>Federal Bar No. 980839<br>**BURDINE WYNNE LLP**<br>1415 Louisiana St., Suite 3900<br>Wedge International Tower<br>Houston, TX 77002<br>Phone: 713-227-8835<br>Fax: 713-227-6205<br>Email: dwynne@burdinewynne.com<br>Email: smerman@burdinewynne.com<br><br>Thomas R. Johnson<br>Attorney-In-Charge (*Pro Hac Vice*)<br>Minnesota State Bar No. 242032<br>Michael A. Erbele (*Pro Hac Vice*)<br>Minnesota State Bar No. 0393635<br>Elisabeth S. Muirhead (*Pro Hac Vice*)<br>Minnesota State Bar No. 0399590<br>**MERCHANT & GOULD P.C.**<br>150 South Fifth St., Suite 2200<br>Minneapolis, MN 55402<br>Phone: 612-332-5300<br>Fax: 612-332-9081<br>Email: tjohnson@merchantgould.com<br>Email: merbele@merchantgould.com<br>Email: emuirhead@merchantgould.com<br><br>*Attorneys for Defendant Sinoboom North America LLC* |